NUMBER 13-07-275-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________ ____________

 

IN RE JENNIFER ROCHA


_______________________________________________ ____________

 

On Petition for Writ of Mandamus


 _________________________________________________ __________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam (1)



 Relator, Jennifer Rocha, filed a petition for writ of mandamus and emergency
motion for temporary relief in the above cause on May 2, 2007. On May 3, 2007, the
Court denied the emergency motion for temporary relief and requested that the real
party in interest, Criselda Fong, file a response to relators' petition for writ of
mandamus on or before May 14, 2007. 

 On May 3, 2007, real party in interest filed a motion to strike and dismiss the
petition for writ of mandamus because of prior ruling on the merits by the Texas
Supreme Court. The Court requested that relator file a response to said motion on or
before May 14, 2007 and extended the time for real party in interest to file a response
to the petition for writ of mandamus until May 24, 2007. Relator's response to the
motion to strike and dismiss was duly filed on May 14, 2007.

 After due consideration of real party in interest's motion to strike and dismiss
the petition for writ of mandamus and relator's response thereto, we DENY real party's
motion to strike and dismiss.

 The Court, having examined and fully considered the petition for writ of
mandamus is of the opinion that relator has not shown herself entitled to the relief
sought. See Tex. R. App. P. 52.7(a)(2), 52.8(a). Accordingly, the Court withdraws its
request for real party in interest to file a response to the petition for writ of mandamus
and DENIES the petition for writ of mandamus. 

 PER CURIAM

Memorandum Opinion delivered and filed

this 18th day of May, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is
not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).